UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAYLOR TOM CONLEY,

          Petitioner,

   v.

STATE OF WASHINGTON.

          Respondent.

CASE NO. C12-5974 RJB-JRC

REPORT AND RECOMMENDATION TO DENY IN FORMA PAUPERIS STATUS

NOTED FOR: DECEMBER 28, 2012.

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

    Petitioner asked the Court to grant him in forma pauperis status (ECF No. 1). Petitioner's application was deficient and the Clerk's Office sent him a letter outlining those defects (ECF No. 2). Rather than curing the defects, petitioner has paid the five dollar filing fee (ECF No. 3). Petitioner's motion to proceed in forma pauperis should be denied as moot.

1  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
2  fourteen (14) days from service of this Report to file written objections. <u>See also</u> Fed. R. Civ. P.
3  6. Failure to file objections will result in a waiver of those objections for purposes of de novo
4  review by the district judge. <u>See</u> <u>28 U.S.C. § 636(b)(1)(C)</u>. Accommodating the time limit
5  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on
6  December 28, 2012, as noted in the caption.

7  Dated this 30th day of November, 2012.

*[signature]*

J. Richard Creatura
United States Magistrate Judge