UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAYLOR TOM CONLEY,<br><br>            Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>            Respondent. | CASE NO. C12-5974 RJB-JRC<br><br>ORDER TO AMEND THE PETITION TO CHANGE THE CASE CAPTION |

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction. The petition is filed pursuant to 28 U.S.C. § 2254.

    Petitioner has named only the State of Washington as respondent. Petitioner needs to name a natural person -- not a governmental entity. The proper respondent is the person having custody of petitioner. *See* 28 U.S.C. § 2242. This person is usually the superintendent of the facility in which petitioner is incarcerated. Petitioner's failure to name the correct party deprives

1  this Court of personal jurisdiction.  *See Stanley v. California Supreme Court*, 21 F.3d 359, 360

2  (9th Cir. 1994).

3      Petitioner is ordered to file a motion asking the Court to change the case caption and

4  name a proper respondent. Petitioner needs to identify the superintendent by name in his motion.

5  Petitioner's motion must be filed on or before December 28, 2012.

6      Dated this 30th day of November, 2012.

_____

J. Richard Creatura
United States Magistrate Judge