1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  TAYLOR TOM CONLEY,

11                          Petitioner,

12          v.

13  RON FRAKER,

14                          Respondent.

CASE NO. C12-5974 RJB-JRC

ORDER DIRECTING SERVICE
AND RETURN, §2254 PETITION

15      The District Court has referred this petition for a writ of habeas corpus to United States

16  Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A)

17  and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state

18  conviction. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

19      Petitioner has filed a motion asking to change the case caption to name a proper

20  respondent, Ron Fraker (ECF No. 7). The Court GRANTS the motion. The Court orders that:

21      (l)     The clerk shall arrange for service by certified mail upon respondent and the

22  Attorney General for the State of Washington, of copies of the petition and all documents in

23  support thereof. All costs of service shall be advanced by the United States. The Clerk shall

24

ORDER DIRECTING SERVICE AND RETURN,
§2254 PETITION - 1

1  assemble the necessary documents to effect service. In addition, the Clerk shall send petitioner a

2  copy of this Order, along with a copy of the Court's General Order regarding pro se litigation.

3      (2)      Within forty-five (45) days after such service, respondent(s) shall file and serve

4  an answer in accordance with Rule 5 of the Rules governing § 2254 cases in United States

5  District Courts. As part of such answer, respondent should state whether petitioner has exhausted

6  available state remedies, whether an evidentiary hearing is necessary, and whether there is any

7  issue of abuse or delay under Rule 9. Respondent shall file the answer with the Clerk of the

8  Court and serve a copy of the answer upon petitioner.

9      (3)      The answer will be treated in accordance with Local Rule 7. Accordingly, upon

10  receipt of the answer the Clerk will note the matter for consideration on the fourth Friday after

11  the answer is filed. Petitioner may file and serve a response not later than on the Monday

12  immediately preceding the Friday appointed for consideration of the matter, and respondent my

13  file and serve a reply brief not later than on the Thursday immediately preceding the Friday

14  designated for consideration of the matter.

15      Dated this 13th day of December, 2012.

16

17

18  _____
    J. Richard Creatura
19  United States Magistrate Judge

20

21

22

23

24

ORDER DIRECTING SERVICE AND RETURN,
§2254 PETITION - 2