1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

TAYLOR TOM CONLEY,

10
                          Petitioner,                    CASE NO. C12-5974 RJB-JRC

11
                                                         ORDER ADOPTING A REPORT
           v.                                            AND RECOMMENDATION

12
STATE OF WASHINGTON.

13
                          Respondent.

14

15        The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

16   Richard Creatura and the remaining record, does hereby find and ORDER:

17        1.      The Court adopts the Report and Recommendation (Dkt. 5);

18        2.      Plaintiff's application to proceed IFP is **DENIED** as moot because the full filing
                  fee has been paid.

19

20        3.      The Clerk is directed to send a copy of this Order to plaintiff, and to the
                  Hon. J. Richard Creatura.

21        DATED this 31st day of December, 2012.

22

23                                              ROBERT J. BRYAN
                                                United States District Judge

24