UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAYLOR TOM CONLEY,

           Petitioner,

   v.

STATE OF WASHINGTON.

           Respondent.

CASE NO. C12-5974 RJB-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation (Dkt. 5);

2. Plaintiff's application to proceed IFP is **DENIED** as moot because the full filing fee has been paid.

3. The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 31st day of December, 2012.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1